# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**
    **Catherine Willis,**
        **Debtor.**

Chapter 13 Case
# 07-10032

_____

**Catherine Willis and**
**Jan M. Sensenich, Esq., Trustee,**
        **Plaintiffs,**
    **v.**
**Countrywide Home Loans, Inc.,**
        **Defendant.**

Adversary Proceeding
# 07-1008

_____

| *Appearances:* | David W. Lynch, Esq. | Jan Sensenich, Esq. | Jennifer Emens-Butler, Esq. |
| --- | --- | --- | --- |
| | David W. Lynch, Esq., PC | Chapter 13 Trustee | Obuchowski & Emens-Butler |
| | Colchester, VT | White River Jct., VT | Bethel, VT |
| | *For the Plaintiffs* | *Trustee, Pro Se* | *For the Defendant* |

## ORDER
## Granting Plaintiffs' Motion for Summary Judgment and
## Denying Defendant's Cross-Motion for Summary Judgment

For the reasons set forth in the Memorandum of Decision of even date, the Court finds that the Debtor's mortgage deed has a fatally defective acknowledgement and failed to provide constructive notice. Consequently, the mortgage deed may be avoided by the Trustee under 11 U.S.C. § 544.

Therefore, IT IS HEREBY ORDERED that the Plaintiffs' motion for summary judgment is granted; and

IT IS FURTHER ORDERED that the Defendant's cross-motion for summary judgment is denied.

**SO ORDERED.**

February 15, 2008
Rutland, Vermont

Filed & Entered
On Docket
February 15, 2008

_____
Colleen A. Brown
United States Bankruptcy Judge