UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CATHERINE WILLIS ) | Case No. 07-10032-cab |
| ) | *Chapter 13 Proceeding* |
| Debtor. ) | |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC. and ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC. as Lender's Nominee, ) | |
| ) | |
| Appellants ) | |
| v. ) | Docket # |
| ) | 1:08-cv-00094 |
| CATHERINE WILLIS and ) | |
| JAN M. SENSENICH, ESQ. TRUSTEE ) | |
| ) | |
| Appellees, ) | |

### STIPULATED DISMISSAL OF APPEAL

**NOW COME** Countrywide Home Loans, Inc. and Mortgage Electronic Registrations Systems, Inc., and/or their assigns, Appellants/Defendants, by and through Obuchowski & Emens-Butler, Jan Sensenich, Trustee/Appellee/Plaintiff, *pro se*, and Catherine Willis, Appellee/Debtor/Plaintiff, by and through David Lynch, Esq. and stipulate as follows:

1. The parties have reached a settlement of all issues between them, which settlement agreement was approved by Order of the Bankruptcy Court dated September 15, 2008.

2. The parties stipulate and agree that the instant action and the pending above-

captioned Appeal be and hereby is DISMISSED.

Dated at Royalton, Vermont: September 24, 2008.

> **COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and/or its ASSIGNS**
>
> By: ___/s/ Jennifer Emens-Butler___
> Jennifer Emens-Butler, Esq.
> Obuchowski & Emens-Butler, P.C.
> PO Box 60, 1542 Vt. Rt. 107
> Bethel, Vermont 05032
> (802) 234-6244 – telephone
> (802) 234-6245 – telefax

Dated at White River Junction, this _____ day of September, 2008.

> _____
> Jan Sensenich, Esq.
> Chapter 13 Trustee/ Appellee
> 2456 Christian St., Ste 3
> White River Junction, VT 05001
> (802) 649-1213

Dated at Colchester, Vermont this_____ day of September, 2008.

> **CATHERINE WILLIS**
>
> By: _____
> David Lynch, Esq.
> 553 Roosevelt Hwy, Suite 200
> Colchester, VT 05446
> (802) 658-6415

SO ORDERED, APPEAL DISMISSED:

10/1/2008

Hon. J. Garvan Murtha
US District Court Judge, D-Vt

captioned Appeal be and hereby is DISMISSED.

Dated at Royalton, Vermont: September 24, 2008.

                                              COUNTRYWIDE HOME LOANS, INC.
                                              and MORTGAGE ELECTRONIC
                                              REGISTRATION SYSTEMS, INC. and/or
                                              its ASSIGNS

                                     By:      /s/ Jennifer Emens-Butler
                                              Jennifer Emens-Butler, Esq.
                                              Obuchowski & Emens-Butler, P.C.
                                              PO Box 60, 1542 Vt. Rt. 107
                                              Bethel, Vermont 05032
                                              (802) 234-6244 – telephone
                                              (802) 234-6245 – telefax

Dated at White River Junction, this 24th day of September, 2008.

                                              Jan Sensenich, Esq.
                                              Chapter 13 Trustee/ Appellee
                                              2456 Christian St., Ste 3
                                              White River Junction, VT 05001
                                              (802) 649-1213

Dated at Colchester, Vermont this_____ day of September, 2008.

                                              CATHERINE WILLIS

                                   By:                              
                                              David Lynch, Esq.
                                              553 Roosevelt Hwy, Suite 200
                                              Colchester, VT 05446
                                              (802) 658-6415

SO ORDERED, APPEAL DISMISSED:

         _____
         Hon. J. Garvan Murtha
         US District Court Judge, D-Vt

captioned Appeal be and hereby is DISMISSED.

Dated at Royalton, Vermont: September 24, 2008.

                COUNTRYWIDE HOME LOANS, INC.
                and   MORTGAGE   ELECTRONIC
                REGISTRATION SYSTEMS, INC. and/or
                its ASSIGNS

By:    /s/ Jennifer Emens-Butler
       Jennifer Emens-Butler, Esq.
       Obuchowski & Emens-Butler, P.C.
       PO Box 60, 1542 Vt. Rt. 107
       Bethel, Vermont 05032
       (802) 234-6244 – telephone
       (802) 234-6245 – telefax

Dated at White River Junction, this _____ day of September, 2008.

       Jan Sensenich, Esq.
       Chapter 13 Trustee/ Appellee
       2456 Christian St., Ste 3
       White River Junction, VT 05001
       (802) 649-1213

Dated at Colchester, Vermont this _____ day of September, 2008.

       CATHERINE WILLIS
By:   [signature]
       David Lynch, Esq.
       553 Roosevelt Hwy, Suite 200
       Colchester, VT 05446
       (802) 658-6415

SO ORDERED, APPEAL DISMISSED:

_____
Hon. J. Garvan Murtha
US District Court Judge, D-Vt